[No. 32358-7-III.   Division Three.   September 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL ANGEL
CASTILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 13-1-50340-8, Vic L. VanderSchoor, J., entered February 25, 2014. *Reversed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J.; Fearing, J., dissenting in part.

[No. 71911-4-I.   Division One.   September 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RUVIM
ALEKSANDROVICH KHOMYAK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-02530-7, Bruce I. Weiss, J., entered May 5, 2014. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Appelwick and Schindler, JJ.

[No. 71928-9-I.   Division One.   September 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FIDEL
BAUTISTA-GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-01373-4, James D. Cayce, J., entered May 9, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.

[Nos. 71952-1-I; 72350-2-I.   Division One.   September 21, 2015.]

GARY W. ALEXANDER ET AL., *Appellants*, v. CAPITAL ONE, NA,
ET AL., *Respondents*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated November 30, 2015. Substitute opinion filed. See 191 Wn. App. 1029.